UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
DESIGN STATION INC § Case No. 10-53370
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GREGG SZILAGYI_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-53370 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DESIGN STATION INC | | | | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2011 |
| For Period Ending: | 03/13/2015 | | | | Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 DODGE SPRINTER, 37000 MILES | 20,000.00 | Unknown | | 13,910.72 | FA |
| 2. BANK ACCOUNT - BANK OF AMERICA (u) | 100.00 | 100.00 | | 0.00 | FA |
| 3. BANK ACCOUNT - BANK OF AMERICA MONEY MARKET | 0.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT - US BANK CHECKING ACCOUNT | 100.00 | 100.00 | | 0.00 | FA |
| 5. BANK ACCOUNT - US BANK CHECKING ACCOUNT | 29.00 | 29.00 | | 0.00 | FA |
| 6. BANK ACCOUNT - OXFORD BANK | 0.00 | 0.00 | | 0.00 | FA |
| 7. BANK ACCOUNT - PNC | 0.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNT - CITIBANK MONEY MARKET SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCOUNT - CITIBANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 10. BANK ACCOUNT - 5/3 BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 11. BANK ACCOUNT - 5/3 BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 12. BANK ACCOUNT - NORTH COMMUNITY BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 13. STOCK - DESIGN STATION INC. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILE OR OTHER VEHICLE - 2000 CHEVY CUBE VAN 130,000 MI | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15. VARIOUS DESKS, CHAIRS AND OTHER OFFICE SUPPLIES | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16. DOUBLE MITRE SAW | 3,400.00 | 0.00 | | 0.00 | FA |
| 17. DELTA SHAPER 2 HP | 1,200.00 | 0.00 | | 0.00 | FA |
| 18. CNC MACHINE CENTER HOLZ-HER UNI MASTER 7226 META | 188,993.00 | 0.00 | | 0.00 | FA |
| 19. SCM1 4100 SLIDING TABLE SAW | 16,000.00 | 0.00 | | 0.00 | FA |
| 20. SCMI K208 EDGEBANDER | 49,000.00 | 49,000.00 | | 0.00 | FA |
| 21. RITTER DOUBLE LINE BORING MACHINE | 6,000.00 | 0.00 | | 0.00 | FA |
| 22. GRIZZLY EXTREME DUTY PLANER 24 " G9741 | 8,700.00 | 0.00 | | 0.00 | FA |
| 23. GRIZZLY PLANER 20 " | 2,200.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-53370 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DESIGN STATION INC | | | | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2011 |
| For Period Ending: | 03/13/2015 | | | | Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. GENERAL MILLING MACHINE | 2,800.00 | 0.00 | | 0.00 | FA |
| 25. WILLIAM HUSSEY MOLDING MACHINE | 2,000.00 | 0.00 | | 0.00 | FA |
| 26. POWERMATIC COPY LATHE | 4,000.00 | 0.00 | | 0.00 | FA |
| 27. SCMI F410 JOINTER | 6,500.00 | 0.00 | | 0.00 | FA |
| 28. DELTA UNISAW | 1,900.00 | 0.00 | | 0.00 | FA |
| 29. GRIZZLY CABINET SAW | 2,300.00 | 0.00 | | 0.00 | FA |
| 30. UNIQUE AUTOMATIC DOOR MACHINE | 24,000.00 | 0.00 | | 0.00 | FA |
| 31. GRIZZLY SHAPER G69968 WITH AUTOMATIC FEEDER | 5,000.00 | 0.00 | | 0.00 | FA |
| 32. GRIZZLEY 20" JOINTER G815 | 6,700.00 | 6,700.00 | | 0.00 | FA |
| 33. SCMI SANDYA 3 WIDE BELT SANDER W/DUST COLLECTOR | 40,000.00 | 0.00 | | 0.00 | FA |
| 34. GRIZZLY 24" INDUSTRIAL BANDSAW G0569 | 2,700.00 | Unknown | | 0.00 | FA |
| 35. DELTA X SHAPER 3 HP | 1,500.00 | 0.00 | | 0.00 | FA |
| 36. MACOSER OMEC 750 CN DOVETAIL CNC MACHINE | 25,000.00 | 0.00 | | 0.00 | FA |
| 37. POWERMATIC JUMPSA WITH CNC TIGER STOP | 8,000.00 | 0.00 | | 0.00 | FA |
| 38. JLT PANEL COMP | 3,400.00 | 0.00 | | 0.00 | FA |
| 39. POWERMATIC SHAPER | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 40. WILLIAMS HUSSEY MOLDING MACHINE | 2,000.00 | 0.00 | | 0.00 | FA |
| 41. HOLLOW CHIZEL MORTISING MACHINE G 4814 INDUSTRIAL | 1,500.00 | 0.00 | | 0.00 | FA |
| 42. JLT PNEUMATIC DOOR CLAMPS | 4,200.00 | 0.00 | | 0.00 | FA |
| 43. tITAN AIR MAKUP UNIT | 38,000.00 | 0.00 | | 0.00 | FA |
| 44. GLOBAL SPRAYBOOTH 1 | 14,000.00 | 0.00 | | 0.00 | FA |
| 45. GLOBAL SPRAYBOOTH 2 | 14,000.00 | 0.00 | | 0.00 | FA |
| 46. CATERPILLAR FORKLIFT | 8,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-53370 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DESIGN STATION INC | | | | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2011 |
| For Period Ending: | 03/13/2015 | | | | Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 47.  SKYJACK SCISSORLIFT | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 48.  SAYLOR BEAL AIR COMPRESSOR 25HP | 8,500.00 | 0.00 | | 0.00 | FA |
| 49.  GRIZZLY OSCILLATIN SPINDER SANDER | 750.00 | 0.00 | | 0.00 | FA |
| 50.  GRIZZLY DUST COLLECTOR 10 HP | 3,900.00 | 0.00 | | 0.00 | FA |
| 51.  CASTLE POCKETSCREW MACHINE | 1,900.00 | 0.00 | | 0.00 | FA |
| 52.  OMEGA RADIAL ARMSAW | 3,200.00 | 0.00 | | 0.00 | FA |
| 53.  ROCKLER DELTA PLANER | 1,000.00 | 0.00 | | 0.00 | FA |
| 54.  GRIZZLY G1140 EDGE SANDER | 950.00 | 0.00 | | 0.00 | FA |
| 55.  CHICAGO TITLE ESCROW 29046102 | 11,750.00 | Unknown | | 0.00 | FA |
| 56.  MECHANIC LIEN 09 CH 47002 | 0.00 | 0.00 | | 0.00 | FA |
| 57.  MECHANIC LIEN  MARC HAUF | 10,200.00 | Unknown | | 0.00 | FA |
| 58.  MECHANIC LIEN JOSEPH YEUNG | 4,250.00 | Unknown | | 0.00 | FA |
| 59.  MECHANIC LIEN THOMAS PENDRY MAHAR PENDRY | 0.00 | 0.00 | | 0.00 | FA |
| 60.  REAL ESTATE - 1840 N MAJOR CHICAGO IL | 2,000,000.00 | Unknown | | 0.00 | FA |
| 61.  SCMI Hydro 3200 SLiding Table Saw | 15,000.00 | 15,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.61 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $2,591,122.00          $87,429.00          $13,912.33          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UPON INVESTIGATION TRUSTEE BELIEVES THAT THERE IS NO VALUE IN REMAINING ASSETS AND THEY WILL BE ABANDONED AT CLOSING.
THIS CASE IS READY TO CLOSE AND TRUSTEE WILL BE FILING A TFR IN Q1 2015.

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Initial Projected Date of Final Report (TFR): 12/31/2012     Current Projected Date of Final Report (TFR): 01/31/2015

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-53370 | Trustee Name: GREGG SZILAGYI |
| Case Name: DESIGN STATION INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5492 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX3926 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9305 | Transfer of Funds | 9999-000 | $13,722.94 | | $13,722.94 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.46 | $13,714.48 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.74 | $13,705.74 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.45 | $13,697.29 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $8.73 | $13,688.56 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.35 | $13,668.21 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $18.35 | $13,649.86 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.29 | $13,629.57 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.61 | $13,609.96 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.23 | $13,589.73 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.55 | $13,570.18 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.18 | $13,550.00 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.15 | $13,529.85 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.47 | $13,510.38 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.09 | $13,490.29 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.41 | $13,470.88 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.03 | $13,450.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $13,722.94    $272.09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-53370 | Trustee Name: GREGG SZILAGYI |
| Case Name: DESIGN STATION INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5492 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX3926 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.00 | $13,430.85 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.04 | $13,412.81 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $13,392.87 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.27 | $13,373.60 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.88 | $13,353.72 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.21 | $13,334.51 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.83 | $13,314.68 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.80 | $13,294.88 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.13 | $13,275.75 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.74 | $13,256.01 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.07 | $13,236.94 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.68 | $13,217.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $0.00    $233.59

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $13,722.94 | $505.68 |
| Less: Bank Transfers/CD's | $13,722.94 | $0.00 |
| Subtotal | $0.00 | $505.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $505.68 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-53370 | Trustee Name: GREGG SZILAGYI |
| Case Name: DESIGN STATION INC | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9305 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX3926 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/11 | 1 | CHRYSLER FINANCIAL | REFUND OF SURPLUS AFTER VEHICLE SALE | 1290-000 | $13,910.72 | | $13,910.72 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,910.83 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $13,910.96 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,911.07 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,911.19 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.72 | $13,893.47 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,893.58 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.13 | $13,876.45 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,876.56 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.11 | $13,859.45 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,859.57 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.18 | $13,841.39 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,841.50 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $16.45 | $13,825.05 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,825.16 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.00 | $13,808.16 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,808.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*      Page Subtotals:      $13,911.87      $103.59

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-53370 | Trustee Name: GREGG SZILAGYI |
| Case Name: DESIGN STATION INC | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9305 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX3926 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.54 | $13,790.74 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,790.86 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.52 | $13,773.34 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,773.45 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $16.37 | $13,757.08 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,757.20 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.04 | $13,739.16 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.11 | | $13,739.27 |
| 08/30/12 | | Bank of America | | 2600-000 | | $16.33 | $13,722.94 |
| 08/30/12 | | Transfer to Acct# XXXXXX5492 | Transfer of Funds | 9999-000 | | $13,722.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,912.33 | $13,912.33 |
| Less: Bank Transfers/CD's | $0.00 | $13,722.94 |
| Subtotal | $13,912.33 | $189.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,912.33 | $189.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*  Page Subtotals: $0.46  $13,808.74

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5492 - Checking Acccount | $0.00 | $505.68 | $13,217.26 |
| XXXXXX9305 - MONEY MARKET ACCOUNT | $13,912.33 | $189.39 | $0.00 |
|  | $13,912.33 | $695.07 | $13,217.26 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $13,912.33 |
| Total Gross Receipts: | $13,912.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-53370-SPS  
Debtor Name: DESIGN STATION INC  
Claims Bar Date: 5/22/2012  

Date: March 13, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $2,141.23 | $2,141.23 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $6,606.00 | $6,606.00 |
| 100 3220 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $260.00 | $260.00 |
| 7 230 5300 | Ewa Zaremba<br>8038 N. Ottawa Ave.<br>Niles, Il 60714 | Priority | | $0.00 | $13,046.00 | $11,725.00 |
| 8 230 5300 | Tadeusz Zaremba<br>8038 N. Ottawa Ave.<br>Niles, Il 60714 | Priority | | $0.00 | $29,607.00 | $11,725.00 |
| 1 280 5800 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Priority | | $0.00 | $532.46 | $532.46 |
| 1 300 7100 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $357.28 | $357.28 |
| 2 300 7100 | Rainner & Rinn Scott Co Inc<br>6755 S. Old Harlem Ave.<br>Chicago, Il 60638 | Unsecured | | $0.00 | $12,676.43 | $12,676.43 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-53370-SPS  
Debtor Name: DESIGN STATION INC  
Claims Bar Date: 5/22/2012  

Date: March 13, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 3 300 7100 | Collins & Company<br>880 N. Addison Ave.<br>Elmhurst, Il 60126 | Unsecured | | $0.00 | $10,522.20 | $10,522.20 |
| 4 300 7100 | Us Bank N. A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $7,525.60 | $7,525.60 |
| 5 300 7100 | Us Bank N. A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $492.15 | $492.15 |
| 6 300 7100 | U S Small Business Administration<br>C/O Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, Il 60661 | Unsecured | | $0.00 | $1,059,117.99 | $1,059,117.99 |
| 7 300 7100 | Ewa Zaremba<br>8038 N. Ottawa Ave.<br>Niles, Il 60714 | Unsecured | | $0.00 | $13,046.00 | $1,321.00 |
| 8 300 7100 | Tadeusz Zaremba<br>8038 N. Ottawa Ave.<br>Niles, Il 60714 | Unsecured | | $0.00 | $29,607.00 | $17,882.00 |
| | Case Totals | | | $0.00 | $1,185,537.34 | $1,142,884.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53370
Case Name: DESIGN STATION INC
Trustee Name: GREGG SZILAGYI

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Ewa Zaremba | $ | $ | $ |
| 8 | Tadeusz Zaremba | $ | $ | $ |
| 1 | Illinois Department Of Employment Security | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ | $ | $ |
| 2 | Rainner & Rinn Scott Co Inc | $ | $ | $ |
| 3 | Collins & Company | $ | $ | $ |
| 4 | Us Bank N. A. | $ | $ | $ |
| 5 | Us Bank N. A. | $ | $ | $ |
| 6 | U S Small Business Administration | $ | $ | $ |
| 7 | Ewa Zaremba | $ | $ | $ |
| 8 | Tadeusz Zaremba | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance                 $_____


    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE