**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| DESIGN STATION INC | ) | Case No. 10-53370 |
| | ) | |
| Debtor(s) | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: April 8, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

To: Attached Service List

\* \* \*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms and certifies that a true, correct and **exact** copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) was served upon the attached SERVICE LIST by first class U.S. Mail on March 16, 2015.

　　　　　　　　　　　　　　　　　　　GREGG SZILAGYI, Trustee

　　　　　　　　　　　　　　　　　　　By: /s/ Gregg Szilagyi
　　　　　　　　　　　　　　　　　　　One of his Attorneys

Gregg Szilagyi (ARDC #6198555)
542 South Dearborn Street
Suite 1400
Chicago, Illinois 60605
Telephone: (312) 663-0801

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-53370<br>Northern District of Illinois<br>Chicago<br>Mon Mar 16 14:59:15 CDT 2015 | Design Station Inc<br>1840 N. Major<br>Chicago, IL 60639-4118 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Andrzej Sroka<br>2849 Alden Ln<br>Des Plaines IL 60018-4042 | At &T/ Bankuprtyc Department<br>P.O. Box 769<br>Arlington, TX 76004-0769 |
| Baer Supply<br>909 Forest Edge Dr.<br>Vernon Hills, IL 60061-3149 | Bank of America<br>70 Batterson Park Rd<br>Farmington, CT 06032-2580 | Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |
| Bank of America<br>P.O.Box 660576<br>Dallas, TX 75266-0576 | Bogumila Skiscim<br>8651 Center Ave.<br>River Grove, IL 60171-1365 | Chase<br>National Recovery Group<br>P. O. Box 29505<br>Phoenix, AZ 85038-9505 |
| Chase<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | Chrysler Financial<br>Business Vehicle Finance<br>P.O.Box 9001888<br>Louisville, KY 40290-1888 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Collins & Company<br>880 N. Addison Ave.<br>Elmhurst, IL 60126-1282 | Collis Supply Inc.<br>6465 N. Avondale Ave<br>Chicago, IL 60631-1909 | ComEd<br>Three Lincoln Center<br>Villa Park, IL 60181-4204 |
| E. Kinast Distributors Inc<br>6350 Church Rd.<br>Hanover Park, IL 60133-4804 | Ewa Zaremba<br>8038 N. Ottawa Ave.<br>Niles, IL 60714-2814 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| General Cutting Tools<br>6440 N. Ridgeway<br>Lincolnwood, IL 60712-4094 | Gonzalez Saggio Harlan<br>180 North Stetson Ave Suite 4525<br>Chicago, IL 60601-6733 | Groot Waste Managment<br>2500 Landmeier Rd.<br>Elk Grove Village, IL 60007-2627 |
| Grzegorz Niemczewski<br>120 Pueblo Court<br>Frankfort, IL 60423-1354 | Howard Peritz<br>707 N. Skokie Boulevard Suite 600<br>Northbrook, IL 60062-2841 | IDES<br>Illinois Department of Employment<br>P.O.Box 19300<br>Springfield, IL 62794-9300 |
| Ihor Hryhoryshyn<br>2658 N. 73rd Ct.<br>Elmwood Park, IL 60707 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>P.O.Box 19447<br>Springfield, IL 62794-9447 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Israel Gurevich/IBB Industries<br>4418 Stonehaven<br>Lake Zurich, IL 60047-5284 | Martin & Karcazes Ltd.<br>161 N. Clark Street Ste 550<br>Chicago, IL 60601-3376 |
| North Community Bank<br>3639 North Broadway<br>Chicago, IL 60613-4489 | Oxford Bank<br>1111 W. 22nd Street Suite 800<br>Oak Brook, IL 60523-1936 | PNC Bank<br>P.O.Box 856177<br>Louisville, KY 40287-0001 |
| Peoples Gas<br>Chicago, IL 60687-0001 | Rainner & Rinn Scott Co Inc<br>6755 S. Old Harlem Ave.<br>Chicago, IL 60638-4732 | SBA<br>500 W. Madison Street Suite 1250<br>Chicago, IL 60661-4552 |
| Sierra Forest Products<br>1700 Downs Drive<br>West Chicago, IL 60185-1832 | Stanislaw Skiscim<br>8651 Center Ave<br>Morton Grove, IL 60053 | Tadeusz Strojek<br>2932 N. Luna<br>Chicago, IL 60641-4844 |
| Tadeusz Zaremba<br>8038 N. Ottawa Ave.<br>Niles, IL 60714-2814 | Teller, Levit & Silvertrsut<br>11 E. Adams Street Suite 8000<br>Chicago, IL 60603-6324 | Tetyana Selezinka<br>6842 Lyons Street<br>Morton Grove, IL 60053-1308 |
| U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661-2566 | U.S. Department of Labor<br>Wage and Hour Division/Eva Mittlema<br>230 S. Dearborn Street, Room 412<br>Chicago, IL 60604-1761 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Vasyl Boychenyuk<br>2604 W. Iowa Street<br>Chicago, IL 60622-4576 | Vasyl Pastukh<br>900 N. Fairfield 1st Floor<br>Chicago, IL 60622-4453 | Yaroslav Selezinka<br>6842 Lyons Street<br>Morton Grove, IL 60053-1308 |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, IL 60605-1564 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta<br>P.O. Box 8088<br>Philadelphia, PA 19101 | CitiBank<br>P. Box 6000<br>The Lakes, NV 89163 | Fifth Third Bank<br>P.O. Box 63900 CC3110<br>Cincinnati, OH 45263 |

```
(d)Home Depot                          Internal Revenue Service           (d)Internal Revenue Service
P. Box 6029                            Cincinnati, OH 45999               P.O.Box 804522
The Lakes, NV 88901                                                       Cincinnati, OH 45280


US BANK N.A.                           (d)US Bank
BANKRUPTCY DEPARTMENT                  P.O.Box 1800
P.O. BOX 5229                          Saint Paul, MN 55101
CINCINNATI, OH 45201-5229
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank Of America, N.A.               (u)IDES                            (d)Illinois Dept of Revenue
                                       ILlinois Department of Employment  P.O.Box 19447
                                       P.O.Box 19300                      Springfield, IL 62794-9447
```

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56