# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DESIGN STATION INC | § | Case No. 10-53370 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/08/2015 in Courtroom 613,
        U.S. Bankrptcy Court
        219 S. Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2015          By: /s/ Gregg Szilagyi
                                                                   Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DESIGN STATION INC | § | Case No. 10-53370 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,912.33 |
| and approved disbursements of | $ | 695.07 |
| leaving a balance on hand of[1] | $ | 13,217.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 2,141.23 | $ 0.00 | $ 2,141.23 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ 6,606.00 | $ 0.00 | $ 6,606.00 |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE | $ 260.00 | $ 0.00 | $ 260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,007.23 |
| Remaining Balance | | $ | 4,210.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,982.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Ewa Zaremba | $ 11,725.00 | $ 0.00 | $ 2,105.02 |
| 8 | Tadeusz Zaremba | $ 11,725.00 | $ 0.00 | $ 2,105.01 |
| 1 | Illinois Department Of Employment Security | $ 532.46 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 4,210.03 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,109,894.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $ 357.28 | $ 0.00 | $ 0.00 |
| 2 | Rainner & Rinn Scott Co Inc | $ 12,676.43 | $ 0.00 | $ 0.00 |
| 3 | Collins & Company | $ 10,522.20 | $ 0.00 | $ 0.00 |
| 4 | Us Bank N. A. | $ 7,525.60 | $ 0.00 | $ 0.00 |
| 5 | Us Bank N. A. | $ 492.15 | $ 0.00 | $ 0.00 |
| 6 | U S Small Business Administration | $ 1,059,117.99 | $ 0.00 | $ 0.00 |
| 7 | Ewa Zaremba | $ 1,321.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Tadeusz Zaremba | $ 17,882.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-53370-TAB
Design Station Inc                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps              Page 1 of 2              Date Rcvd: Mar 17, 2015
                               Form ID: pdf006          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2015.
```
db            +Design Station Inc,    1840 N. Major,    Chicago, IL 60639-4118
16493647      +Andrzej Sroka,    2849 Alden Ln,   Des Plaines IL 60018-4042
16493648      +At &T/ Bankuprtyc Department,    P.O. Box 769,    Arlington, TX 76004-0769
16493651      +Bank of America,    P.O. Box 15710,   Wilmington, DE 19886-5710
16493652      +Bank of America,    P.O.Box 660576,    Dallas, TX 75266-0576
16493650      +Bank of America,    70 Batterson Park Rd,    Farmington, CT 06032-2580
16493657     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CitiBank,     P. Box 6000,    The Lakes, NV 89163)
16493655      +Chase,   P.O.Box 15153,    Wilmington, DE 19886-5153
16493656      +Chrysler Financial,    Business Vehicle Finance,    P.O.Box 9001888,    Louisville, KY 40290-1888
16493659      +Collis Supply Inc.,    6465 N. Avondale Ave,    Chicago, IL 60631-1909
16493661      +E. Kinast Distributors Inc,    6350 Church Rd.,    Hanover Park, IL 60133-4804
16493662      +Ewa Zaremba,    8038 N. Ottawa Ave.,   Niles, IL 60714-2814
16493645     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     P.O. Box 63900 CC3110,    Cincinnati, OH 45263)
16493663      +General Cutting Tools,    6440 N. Ridgeway,    Lincolnwood, IL 60712-4094
16493665      +Groot Waste Managment,    2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
16493666      +Grzegorz Niemczewski,    120 Pueblo Court,    Frankfort, IL 60423-1354
16493668      +Howard Peritz,    707 N. Skokie Boulevard Suite 600,    Northbrook, IL 60062-2841
16493670      +IDES,   Illinois Department of Employment,    P.O.Box 19300,    Springfield, IL 62794-9300
16493671       Ihor Hryhoryshyn,    2658 N. 73rd Ct.,    Elmwood Park, IL 60707
16592774      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16493672      +Illinois Department of Revenue,    P.O.Box 19447,    Springfield, IL 62794-9447
16493676      +Israel Gurevich/IBB Industries,    4418 Stonehaven,    Lake Zurich, IL 60047-5284
16493677      +Martin & Karcazes Ltd.,    161 N. Clark Street Ste 550,    Chicago, IL 60601-3376
16493678      +North Community Bank,    3639 North Broadway,    Chicago, IL 60613-4489
16493679      +Oxford Bank,    1111 W. 22nd Street Suite 800,    Oak Brook, IL 60523-1936
16493681      +PNC Bank,    P.O.Box 856177,   Louisville, KY 40287-0001
16493680      +Peoples Gas,    Chicago, IL 60687-0001
16493682      +Rainner & Rinn Scott Co Inc,    6755 S. Old Harlem Ave.,    Chicago, IL 60638-4732
16493683      +SBA,    500 W. Madison Street Suite 1250,    Chicago, IL 60661-4552
16493684      +Sierra Forest Products,    1700 Downs Drive,    West Chicago, IL 60185-1832
16493685       Stanislaw Skiscim,    8651 Center Ave,   Morton Grove, IL 60053
16493687      +Tadeusz Zaremba,    8038 N. Ottawa Ave.,   Niles, IL 60714-2814
18816036      +U S Small Business Administration,    c/o Mary Cvengros,    500 W Madison St., #1150,
                Chicago, IL 60661-2566
16493690      +U.S. Department of Labor,    Wage and Hour Division/Eva Mittlema,
                230 S. Dearborn Street, Room 412,    Chicago, IL 60604-1761
18747328     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
16493692      +Vasyl Boychenyuk,    2604 W. Iowa Street,    Chicago, IL 60622-4576
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16493646       E-mail/Text: bkr@cardworks.com Mar 18 2015 01:31:01     Advanta,    P.O. Box 8088,
                Philadelphia, PA 19101
16493649      +E-mail/Text: rkeck@wurthbaersupply.com Mar 18 2015 01:32:57      Baer Supply,
                909 Forest Edge Dr.,    Vernon Hills, IL 60061-3149
16493654      +E-mail/Text: bk.notifications@jpmchase.com Mar 18 2015 01:32:15      Chase,
                National Recovery Group,    P. O. Box 29505,   Phoenix, AZ 85038-9505
16493660      +E-mail/Text: legalcollections@comed.com Mar 18 2015 01:34:30      ComEd,    Three Lincoln Center,
                Villa Park, IL 60181-4204
16493675       E-mail/Text: cio.bncmail@irs.gov Mar 18 2015 01:31:43     Internal Revenue Service,
                Cincinnati, OH 45999
                                                                                             TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16493669       IDES,   ILlinois Department of Employment,    P.O.Box 19300
16493667*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,    P. Box 6029,   The Lakes, NV 88901)
16493674*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    P.O.Box 804522,    Cincinnati, OH 45280)
16493673*     +Illinois Dept of Revenue,    P.O.Box 19447,   Springfield, IL 62794-9447
16493691*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O.Box 1800,   Saint Paul, MN 55101)
```

```
District/off: 0752-1           User: wepps                 Page 2 of 2                   Date Rcvd: Mar 17, 2015
                               Form ID: pdf006             Total Noticed: 41

16493653      ##+Bogumila Skiscim,    8651 Center Ave.,    River Grove, IL 60171-1365
16493658      ##+Collins & Company,    880 N. Addison Ave.,    Elmhurst, IL 60126-1282
16493664      ##+Gonzalez Saggio Harlan,    180 North Stetson Ave Suite 4525,    Chicago, IL 60601-6733
16493686      ##+Tadeusz Strojek,    2932 N. Luna,    Chicago, IL 60641-4844
16493688      ##+Teller, Levit & Silvertrsut,    11 E. Adams Street Suite 8000,    Chicago, IL 60603-6324
16493689      ##+Tetyana Selezinka,    6842 Lyons Street,    Morton Grove, IL 60053-1308
16493693      ##+Vasyl Pastukh,    900 N. Fairfield 1st Floor,    Chicago, IL 60622-4453
16493694      ##+Yaroslav Selezinka,    6842 Lyons Street,    Morton Grove, IL 60053-1308
                                                                                               TOTALS: 1, * 4, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2015 at the address(es) listed below:
              David H Cutler    on behalf of Debtor    Design Station Inc cutlerfilings@gmail.com
              Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Jeannette M Conrad    on behalf of Creditor    Bank Of America, N.A. jmconradlaw@aol.com
              Joseph A Baldi    on behalf of Trustee Gregg  Szilagyi jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```