# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
DESIGN STATION INC                        §        Case No. 10-53370
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                 . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GREGG SZILAGYI _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 70 Batterson Park Rd Farmington, CT 06032 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial Business Vehicle Finance P.O.Box 9001888 Louisville, KY 40290 | | | | | |
| | North Community Bank 3639 North Broadway Chicago, IL 60613 | | | | | |
| | Oxford Bank 1111 W. 22nd Street Suite 800 Oak Brook, IL 60523 | | | | | |
| | SBA 500 W. Madison Street Suite 1250 Chicago, IL 60661 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| BALDI BERG & WALLACE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrzej Sroka 4770 N. Sayre Ave Harwood Heights, IL 60706 | | | | | |
| | Bogumila Skiscim 8651 Center Ave. River Grove, IL 60171 | | | | | |
| | Ewa Zaremba 8038 N. Ottawa Ave. Niles, IL 60714 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grzegorz Niemczewski 120 Pueblo Court Frankfort, IL 60423 | | | | | |
| | IDES ILlinois Department of Employment P.O.Box 19300 | | | | | |
| | IDES Illinois Department of Employment P.O.Box 19300 Springfield, IL 62794 | | | | | |
| | IDES Illinois Department of Employment P.O.Box 19300 Springfield, IL 62794 | | | | | |
| | Ihor Hryhoryshyn 2658 N. 73rd Ct. Elmwood Park, IL 60707 | | | | | |
| | Illinois Department of Revenue P.O.Box 19447 Springfield, IL 62794 | | | | | |
| | Illinois Department of Revenue P.O.Box 19447 Springfield, IL 62794 | | | | | |
| | Illinois Dept of Revenue P.O.Box 19447 Springfield, IL 62794 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Cincinnati, OH 45999 | | | | | |
| | Internal Revenue Service Cincinnati, OH 45999 | | | | | |
| | Internal Revenue Service Cincinnati, OH 45999 | | | | | |
| | Internal Revenue Service Cincinnati, OH 45999 | | | | | |
| | Internal Revenue Service P.O.Box 804522 Cincinnati, OH 45280 | | | | | |
| | Internal Revenue Service P.O.Box 804522 Cincinnati, OH 45280 | | | | | |
| | Internal Revenue Service P.O.Box 804522 Cincinnati, OH 45280 | | | | | |
| | Internal Revenue Service P.O.Box 804522 Cincinnati, OH 45280 | | | | | |
| | Stanislaw Skiscim 8651 Center Ave Morton Grove, IL 60053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tadeusz Strojek 2932 N. Luna Chicago, IL 60641 | | | | | |
| | Tadeusz Zaremba 8038 N. Ottawa Ave. Niles, IL 60714 | | | | | |
| | Tetyana Selezinka 6842 Lyons Street Morton Grove, IL 60053 | | | | | |
| | Vasyl Boychenyuk 2604 W. Iowa Street Chicago, IL 60622 | | | | | |
| | Vasyl Pastukh 900 N. Fairfield 1st Floor Chicago, IL 60622 | | | | | |
| | Yaroslav Selezinka 6842 Lyons Street Morton Grove, IL 60053 | | | | | |
| 7 | Ewa Zaremba | | | | | |
| 8 | Tadeusz Zaremba | | | | | |
| 1 | Illinois Department Of Employment Security | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank P.O. Box 63900 CC3110 Cincinnati, OH 45263 | | | | | |
| | Advanta P.O. Box 8088 Philadelphia, PA 19101 | | | | | |
| | At &T/ Bankuprtyc Department P.O. Box 769 Arlington, TX 76004 | | | | | |
| | Baer Supply 909 Forest Edge Dr. Vernon Hills, IL 60061 | | | | | |
| | Bank of America P.O. Box 15710 Wilmington, DE 19886 | | | | | |
| | Chase National Recovery Group P. O. Box 29505 Phoenix, AZ 85038 | | | | | |
| | Chase P.O.Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase P.O.Box 15153 Wilmington, DE 19886 | | | | | |
| | CitiBank P. Box 6000 The Lakes, NV 89163 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiBank P. Box 6000 The Lakes, NV 89163 | | | | | |
| | CitiBank P. Box 6000 The Lakes, NV 89163 | | | | | |
| | Collins & Company 880 N. Addison Ave. Elmhurst, IL 60126 | | | | | |
| | Collis Supply Inc. 6465 N. Avondale Ave Chicago, IL 60631 | | | | | |
| | ComEd Three Lincoln Center Villa Park, IL 60181 | | | | | |
| | E. Kinast Distributors Inc 6350 Church Rd. Hanover Park, IL 60133 | | | | | |
| | General Cutting Tools 6440 N. Ridgeway Lincolnwood, IL 60712 | | | | | |
| | Groot Waste Managment 2500 Landmeier Rd. Elk Grove Village, IL 60007 | | | | | |
| | Home Depot P. Box 6029 The Lakes, NV 88901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot P. Box 6029 The Lakes, NV 88901 | | | | | |
| | Israel Gurevich/IBB Industries 4418 Stonehaven Lake Zurich, IL 60047 | | | | | |
| | Peoples Gas Chicago, IL 60687 | | | | | |
| | PNC Bank P.O.Box 856177 Louisville, KY 40287 | | | | | |
| | Rainner & Rinn Scott Co Inc 6755 S. Old Harlem Ave. Chicago, IL 60638 | | | | | |
| | Sierra Forest Products 1700 Downs Drive West Chicago, IL 60185 | | | | | |
| | U.S. Department of Labor Wage and Hour Division/Eva Mittlema 230 S. Dearborn Street, Room 412 Chicago, IL 60604 | | | | | |
| | US Bank P.O.Box 1800 Saint Paul, MN 55101 | | | | | |
| 3 | Collins & Company | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Ewa Zaremba | | | | | |
| 1 | Illinois Department of Employment Security | | | | | |
| 2 | Rainner & Rinn Scott Co Inc | | | | | |
| 8 | Tadeusz Zaremba | | | | | |
| 6 | U S Small Business Administration | | | | | |
| 4 | Us Bank N. A. | | | | | |
| 5 | Us Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 10-53370 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DESIGN STATION INC | | | | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2011 |
| For Period Ending: | 05/21/2015 | | | | Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2007 DODGE SPRINTER, 37000 MILES | 20,000.00 | Unknown | | 13,910.72 | FA |
| 2.  BANK ACCOUNT - BANK OF AMERICA (u) | 100.00 | 100.00 | | 0.00 | FA |
| 3.  BANK ACCOUNT - BANK OF AMERICA MONEY MARKET | 0.00 | 0.00 | | 0.00 | FA |
| 4.  BANK ACCOUNT - US BANK CHECKING ACCOUNT | 100.00 | 100.00 | | 0.00 | FA |
| 5.  BANK ACCOUNT - US BANK CHECKING ACCOUNT | 29.00 | 29.00 | | 0.00 | FA |
| 6.  BANK ACCOUNT - OXFORD BANK | 0.00 | 0.00 | | 0.00 | FA |
| 7.  BANK ACCOUNT - PNC | 0.00 | 0.00 | | 0.00 | FA |
| 8.  BANK ACCOUNT - CITIBANK MONEY MARKET SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 9.  BANK ACCOUNT - CITIBANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 10.  BANK ACCOUNT - 5/3 BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 11.  BANK ACCOUNT - 5/3 BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 12.  BANK ACCOUNT - NORTH COMMUNITY BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 13.  STOCK - DESIGN STATION INC. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14.  AUTOMOBILE OR OTHER VEHICLE - 2000 CHEVY CUBE VAN 130,000 MI | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15.  VARIOUS DESKS, CHAIRS AND OTHER OFFICE SUPPLIES | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16.  DOUBLE MITRE SAW | 3,400.00 | 0.00 | | 0.00 | FA |
| 17.  DELTA SHAPER 2 HP | 1,200.00 | 0.00 | | 0.00 | FA |
| 18.  CNC MACHINE CENTER HOLZ-HER UNI MASTER 7226 META | 188,993.00 | 0.00 | | 0.00 | FA |
| 19.  SCM1 4100 SLIDING TABLE SAW | 16,000.00 | 0.00 | | 0.00 | FA |
| 20.  SCMI K208 EDGEBANDER | 49,000.00 | 49,000.00 | | 0.00 | FA |
| 21.  RITTER DOUBLE LINE BORING MACHINE | 6,000.00 | 0.00 | | 0.00 | FA |
| 22.  GRIZZLY EXTREME DUTY PLANER 24 " G9741 | 8,700.00 | 0.00 | | 0.00 | FA |
| 23.  GRIZZLY PLANER 20 " | 2,200.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-53370 TAB | Judge: Timothy A. Barnes |
| Case Name: | DESIGN STATION INC | |
| For Period Ending: | 05/21/2015 | |

| | |
|---|---|
| Trustee Name: | GREGG SZILAGYI |
| Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| 341(a) Meeting Date: | 01/28/2011 |
| Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. GENERAL MILLING MACHINE | 2,800.00 | 0.00 | | 0.00 | FA |
| 25. WILLIAM HUSSEY MOLDING MACHINE | 2,000.00 | 0.00 | | 0.00 | FA |
| 26. POWERMATIC COPY LATHE | 4,000.00 | 0.00 | | 0.00 | FA |
| 27. SCMI F410 JOINTER | 6,500.00 | 0.00 | | 0.00 | FA |
| 28. DELTA UNISAW | 1,900.00 | 0.00 | | 0.00 | FA |
| 29. GRIZZLY CABINET SAW | 2,300.00 | 0.00 | | 0.00 | FA |
| 30. UNIQUE AUTOMATIC DOOR MACHINE | 24,000.00 | 0.00 | | 0.00 | FA |
| 31. GRIZZLY SHAPER G69968 WITH AUTOMATIC FEEDER | 5,000.00 | 0.00 | | 0.00 | FA |
| 32. GRIZZLEY 20" JOINTER G815 | 6,700.00 | 6,700.00 | | 0.00 | FA |
| 33. SCMI SANDYA 3 WIDE BELT SANDER W/DUST COLLECTOR | 40,000.00 | 0.00 | | 0.00 | FA |
| 34. GRIZZLY 24" INDUSTRIAL BANDSAW G0569 | 2,700.00 | Unknown | | 0.00 | FA |
| 35. DELTA X SHAPER 3 HP | 1,500.00 | 0.00 | | 0.00 | FA |
| 36. MACOSER OMEC 750 CN DOVETAIL CNC MACHINE | 25,000.00 | 0.00 | | 0.00 | FA |
| 37. POWERMATIC JUMPSA WITH CNC TIGER STOP | 8,000.00 | 0.00 | | 0.00 | FA |
| 38. JLT PANEL COMP | 3,400.00 | 0.00 | | 0.00 | FA |
| 39. POWERMATIC SHAPER | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 40. WILLIAMS HUSSEY MOLDING MACHINE | 2,000.00 | 0.00 | | 0.00 | FA |
| 41. HOLLOW CHIZEL MORTISING MACHINE G 4814 INDUSTRIAL | 1,500.00 | 0.00 | | 0.00 | FA |
| 42. JLT PNEUMATIC DOOR CLAMPS | 4,200.00 | 0.00 | | 0.00 | FA |
| 43. tITAN AIR MAKUP UNIT | 38,000.00 | 0.00 | | 0.00 | FA |
| 44. GLOBAL SPRAYBOOTH 1 | 14,000.00 | 0.00 | | 0.00 | FA |
| 45. GLOBAL SPRAYBOOTH 2 | 14,000.00 | 0.00 | | 0.00 | FA |
| 46. CATERPILLAR FORKLIFT | 8,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-53370 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DESIGN STATION INC | | | | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2011 |
| For Period Ending: | 05/21/2015 | | | | Claims Bar Date: | 05/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 47.  SKYJACK SCISSORLIFT | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 48.  SAYLOR BEAL AIR COMPRESSOR 25HP | 8,500.00 | 0.00 | | 0.00 | FA |
| 49.  GRIZZLY OSCILLATIN SPINDER SANDER | 750.00 | 0.00 | | 0.00 | FA |
| 50.  GRIZZLY DUST COLLECTOR 10 HP | 3,900.00 | 0.00 | | 0.00 | FA |
| 51.  CASTLE POCKETSCREW MACHINE | 1,900.00 | 0.00 | | 0.00 | FA |
| 52.  OMEGA RADIAL ARMSAW | 3,200.00 | 0.00 | | 0.00 | FA |
| 53.  ROCKLER DELTA PLANER | 1,000.00 | 0.00 | | 0.00 | FA |
| 54.  GRIZZLY G1140 EDGE SANDER | 950.00 | 0.00 | | 0.00 | FA |
| 55.  CHICAGO TITLE ESCROW 29046102 | 11,750.00 | Unknown | | 0.00 | FA |
| 56.  MECHANIC LIEN 09 CH 47002 | 0.00 | 0.00 | | 0.00 | FA |
| 57.  MECHANIC LIEN  MARC HAUF | 10,200.00 | Unknown | | 0.00 | FA |
| 58.  MECHANIC LIEN JOSEPH YEUNG | 4,250.00 | Unknown | | 0.00 | FA |
| 59.  MECHANIC LIEN THOMAS PENDRY MAHAR PENDRY | 0.00 | 0.00 | | 0.00 | FA |
| 60.  REAL ESTATE - 1840 N MAJOR CHICAGO IL | 2,000,000.00 | Unknown | | 0.00 | FA |
| 61.  SCMI Hydro 3200 SLiding Table Saw | 15,000.00 | 15,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.61 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,591,122.00 | $87,429.00 | | $13,912.33 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UPON INVESTIGATION TRUSTEE BELIEVES THAT THERE IS NO VALUE IN REMAINING ASSETS AND THEY WILL BE ABANDONED AT CLOSING.
THIS CASE IS READY TO CLOSE AND TRUSTEE WILL BE FILING A TFR IN Q1 2015.

Initial Projected Date of Final Report (TFR): 12/31/2012         Current Projected Date of Final Report (TFR): 01/31/2015

Exhibit 8

Page:    1

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  10-53370

Case Name:  DESIGN STATION INC

Taxpayer ID No:  XX-XXX3926

For Period Ending:  05/21/2015

Trustee Name:  GREGG SZILAGYI

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX5492

Checking Acccount

Blanket Bond (per case limit):  $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9305 | Transfer of Funds | 9999-000 | $13,722.94 | | $13,722.94 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.46 | $13,714.48 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.74 | $13,705.74 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $8.45 | $13,697.29 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $8.73 | $13,688.56 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.35 | $13,668.21 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $18.35 | $13,649.86 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.29 | $13,629.57 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.61 | $13,609.96 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.23 | $13,589.73 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.55 | $13,570.18 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.18 | $13,550.00 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.15 | $13,529.85 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.47 | $13,510.38 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.09 | $13,490.29 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $19.41 | $13,470.88 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.03 | $13,450.85 |

Page Subtotals:                        $13,722.94          $272.09

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  10-53370                                          Trustee Name:  GREGG SZILAGYI                      Exhibit 9
Case Name:  DESIGN STATION INC                             Bank Name:  Associated Bank
                                                           Account Number/CD#:  XXXXXX5492
                                                           Checking Acccount
Taxpayer ID No:  XX-XXX3926                                 Blanket Bond (per case limit): $5,000,000.00
For Period Ending:  05/21/2015                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.00 | $13,430.85 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.04 | $13,412.81 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $13,392.87 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.27 | $13,373.60 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.88 | $13,353.72 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.21 | $13,334.51 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.83 | $13,314.68 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.80 | $13,294.88 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.13 | $13,275.75 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.74 | $13,256.01 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.07 | $13,236.94 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.68 | $13,217.26 |

Page Subtotals:                          $0.00            $233.59

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  10-53370
Case Name: DESIGN STATION INC

Trustee Name:  GREGG SZILAGYI
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5492
Checking Acccount

Taxpayer ID No: XX-XXX3926
For Period Ending: 05/21/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1002 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,141.23 | $11,076.03 |
| 04/08/15 | 1003 | BALDI BERG & WALLACE 20 NORTH CLARK STREET CHICAGO, IL  60602 | Distribution | | | $6,866.00 | $4,210.03 |
| | | BALDI BERG & WALLACE | Final distribution representing a     ($6,606.00) payment of 100.00 % per court order. | 3210-000 | | | |
| | | BALDI BERG & WALLACE | Final distribution representing a       ($260.00) payment of 100.00 % per court order. | 3220-000 | | | |
| 04/08/15 | 1004 | Ewa Zaremba 8038 N. Ottawa Ave. Niles, Il 60714 | Final distribution to claim 7 representing a payment of 17.95 % per court order. | 5300-000 | | $2,105.02 | $2,105.01 |
| 04/08/15 | 1005 | Tadeusz Zaremba 8038 N. Ottawa Ave. Niles, Il 60714 | Final distribution to claim 8 representing a payment of 17.95 % per court order. | 5300-000 | | $2,105.01 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $13,722.94 | $13,722.94 |
| Less: Bank Transfers/CD's | | $13,722.94 | $0.00 |
| Subtotal | | $0.00 | $13,722.94 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $13,722.94 |

Page Subtotals:                    $0.00        $13,217.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  10-53370
Case Name:  DESIGN STATION INC

Taxpayer ID No:  XX-XXX3926
For Period Ending:  05/21/2015

Trustee Name:  GREGG SZILAGYI
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX9305
                    MONEY MARKET ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/11 | 1 | CHRYSLER FINANCIAL | REFUND OF SURPLUS AFTER VEHICLE SALE | 1290-000 | $13,910.72 | | $13,910.72 |
| 07/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,910.83 |
| 08/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.13 | | $13,910.96 |
| 09/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,911.07 |
| 10/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.12 | | $13,911.19 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.72 | $13,893.47 |
| 11/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,893.58 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.13 | $13,876.45 |
| 12/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,876.56 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.11 | $13,859.45 |
| 01/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.12 | | $13,859.57 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.18 | $13,841.39 |
| 02/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,841.50 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $16.45 | $13,825.05 |
| 03/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.11 | | $13,825.16 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.00 | $13,808.16 |
| 04/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.12 | | $13,808.28 |

Page Subtotals:                          $13,911.87          $103.59

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-53370 | | | | Trustee Name: GREGG SZILAGYI | | Exhibit 9 |
| Case Name: DESIGN STATION INC | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX9305 | | |
| | | | | MONEY MARKET ACCOUNT | | |
| Taxpayer ID No: XX-XXX3926 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 05/21/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.54 | $13,790.74 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,790.86 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $17.52 | $13,773.34 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,773.45 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $16.37 | $13,757.08 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,757.20 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.04 | $13,739.16 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.11 | | $13,739.27 |
| 08/30/12 | | Bank of America | | 2600-000 | | $16.33 | $13,722.94 |
| 08/30/12 | | Transfer to Acct# XXXXXX5492 | Transfer of Funds | 9999-000 | | $13,722.94 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $13,912.33 | $13,912.33 |
| Less: Bank Transfers/CD's | $0.00 | $13,722.94 |
| Subtotal | $13,912.33 | $189.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,912.33 | $189.39 |

Page Subtotals: $0.46 $13,808.74

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5492 - Checking Acccount | $0.00 | $13,722.94 | $0.00 |
| XXXXXX9305 - MONEY MARKET ACCOUNT | $13,912.33 | $189.39 | $0.00 |
|  | $13,912.33 | $13,912.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,912.33 |
| Total Gross Receipts: | $13,912.33 |

Page Subtotals:                    $0.00          $0.00